**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 232 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LISA COSTELLO, | : | |
| | : | |
| Respondent | : | |

**<u>ORDER</u>**

**PER CURIAM**

AND NOW, this 2nd day of June, 2023, the Petition for Allowance of Appeal is DENIED.